**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| SPUR TRACK PROPERTIES, LLC;<br>NARRAGANSETT PROMOTIONS,<br>INC.; ADALBERTO ALEVAREZ; and<br>STEVEN MEDEIROS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF PROVIDENCE and SARA<br>SILVERIA in her capacity as Finance<br>Director of the City of Providence,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:24-cv-00010-MSM-PAS |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 3/30/2026.

Enter:
/s/ C. Potter
Deputy Clerk
Dated 3/30/2026